# <u>Exhibit E</u>

# to

# Kortek's Complaint for Patent Infringement

# Claim Chart for the '377 Patent

| US Patent No. 9,465,377, Exemplary Claim 1* | iDevices Accused Products: |
|---|---|
| | Outdoor Switch, Switch, Socket, Wall Switch, Dimmer Switch, Wall Outlet, Instinct, Thermostat |

---

\* Kortek provides this exemplary claim chart for the purposes showing one basis of infringement of the Kortek Patents by Hubbell's (used interchangeably with "iDevices" herein) "Accused Products" as defined in the Complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Kortek reserves its right to amend and fully provide its infringement arguments and evidence thereof until its final Infringement Contentions are later produced according to the court's Scheduling Order in this case.

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**

| US Patent # 9,465,377 Claim 1 | |
| --- | --- |
| A power control device for controlling an electrical apparatus through a peer-to-peer link with a controller so as to control a supply of electricity to the electrical apparatus, the controller having a processor, a memory, a user interface, and a wireless communications transceiver, said device comprising: | To the extent that the preamble is a limitation, iDevices Outdoor Switch is a Wi-Fi connected power control device, as shown by the iDevice website at https://store.idevicesinc.com/outlets/ <br><br>  <br><br> The iDevices website states that the iDevices product can be used to "*Control and monitor outdoor electronics from anywhere with the iDevices Connected app. Schedule and automate outdoor lighting and decorations throughout the year for ease and ambiance*". <br><br> Electronics and outdoor lighting are electrical apparatus. <br><br> iDevices states that its product can be controlled and monitored from a *'mobile device'*: https://store.idevicesinc.com/idevices-outdoor-switch/ <br><br> The iDevices Outdoor Switch allows you to control and monitor outdoor electronics from your mobile device. Outdoor Switch is rain-tight and its rugged design features dual outlets so you can control two products simultaneously. Use dynamic scheduling to have products turn on automatically when you need them. <br><br> iDevices states that its product can be controlled using the iDevices app: https://store.idevicesinc.com/outlets/ <br><br> Outdoor Switch <br> Wi-Fi® enabled rain-tight smart plug <br><br> Control and monitor outdoor electronics from anywhere with the iDevices Connected app. Schedule and automate outdoor lighting and decorations throughout the year for ease and ambiance. Monitor energy consumption in the app. Impress your guests with voice commands to Siri®, Alexa, and the Google Assistant (separate voice assistant device required). <br><br> Learn more → <br><br> Dual outlet control <br> Rain tight design <br> Energy monitoring <br> Control from anywhere <br> Schedules & automation |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**

iDevices provides an app for controlling the iDevices product that can be downloaded via the Apple Store or Google Play. Apps available on Apple Store and Google Play are installed on controllers using iOS or Android operating systems respectively:  https://idevicesinc.com/connected-app/



Mobile devices capable of running iOS or Android are commonly referred to as smartphones or tablets. Smartphones, tablets and other similar devices are controllers that have a processor,  user interface, memory, and wireless communications transceiver.

iDevices specifically state the iDevice product can be operated by a smartphone: https://store.idevicesinc.com/idevices-outdoor-switch/



The image depicts a smartphone configured with the iDevices app used to control the iDevices product. In order to control connected electrical apparatus, the iDevices product is configured to control the supply of electricity to the electrical apparatus.

iDevices states on its website that the iDevices product controls electrical apparatus: https://store.idevicesinc.com/outlets/

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**



Lamps, appliances and light bulbs are electrical apparatus.

iDevices state that it is possible to set schedules and automate the supply of electricity to attached electrical apparatus: https://store.idevicesinc.com/outlets/



iDevices indicates the iDevices app contains the ability to schedule the supply of electricity to connected electrical apparatus: https://idevicesinc.com/connected-app/

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**



The image depicts a smartphone configured with the iDevices app. The screen indicates an ability to set on and off schedules for items such as "Desk Lamp" and "Side Lamp". In order to action schedules set using the app, the iDevices Product must be capable of controlling the supply of electricity to the attached electrical apparatus.

Setup instructions on the iDevices website detail how to establish a peer-to-peer link between the iDevices product and a smartphone: https://support.idevicesinc.com/hc/en-us/articles/360000227548-Outdoor-Switch-Unexpected-Error-Occurred

**Connect iOS device to the Outdoor Switch:**

1. Go to Settings > WiFi.
2. Determine the full Outdoor Switch name under "Set Up New Device," make a note of this name. Format of Outdoor Switch name is based off of the current firmware on the Outdoor Switch:
    - iDevices Outdoor Switch XXXXXX
    - Outdoor Switch XXXXXXXX

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**

3. Once Outdoor Switch name is noted, tap "Other…"



6

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**

**Enter the full Outdoor Switch name in the "Name" field:**

1. The name is case sensitive and is based off of the Outdoor Switch name noted above; enter the name as:
   - "iDevices Outdoor Switch XXXXXX"
   - If the name was is listed as "Outdoor Switch XXXXXXXX" enter it as "Outdoor-Switch-XXXXXXXX"

2. Leave "Security" field as "None."
3. Tap "Join" on the top right-hand corner.



**Exhibit to Kortek's Complaint for Patent Infringement: Claim Chart for the '377 Patent**



iOS device will try to directly connect to Outdoor Switch:

1. Tap info icon to the right of the Outdoor Switch name to view the network details.

Confirm the iOS device is connected to the Outdoor Switch by the checkmark indication next to the Outdoor Switch name:

1. Your iOS device is now directly connected to the Outdoor Switch's Wi-Fi.

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**

| | |
|---|---|
| | Setup instructions state the need to "*directly connect to Outdoor Switch*". The setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. The instructions direct a user to connect to an "*Outdoor-Switch-00288191*" Wi-Fi network. The available  "*Outdoor-Switch-00288191*" network indicates that the iDevices product has been configured to simulate a Wi-Fi network access point. Connecting to the "*Outdoor-Switch-00288191*" network establishes a peer-to-peer link between the smartphone and the iDevices product without using an intermediary. Instructions further support this by stating "*Your IOS devices is now directly connected to the Socket's Wi-Fi*" with an image containing a connection check mark (highlighted in red).<br><br>As indicated in an iDevices-produced video, the iDevices product can communicate wirelessly peer-to-peer with a smartphone without using a hub or other hardware: https://www.youtube.com/watch?v=1lh9cAGNOLE<br><br> |
| a microprocessor having a memory; | The iDevices product is a complex electronic device. Complex electronic devices require a microprocessor with memory to store and run the firmware required to perform the device's desired functions.<br><br>iDevices states on its website that the iDevices product is a Wi-Fi connected power control device that can "*control and monitor outdoor electronics from anywhere with the iDevices Connected app*" https://store.idevicesinc.com/outlets/ |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**



In order for a smartphone to connect to the iDevices product via Wi-Fi, the iDevices product must be configured with a microprocessor having a memory used to operate its Wi-Fi communications. The absence of this element would render the product incapable of communicating via Wi-Fi.

iDevices further indicates that the iDevices app contains the ability to schedule the iDevices product to control the supply of electricity to connected electrical apparatus:
https://idevicesinc.com/connected-app/



The image depicts a smartphone configured with the iDevices app. The screen shows the ability to set on and off schedules for items such as "Desk Lamp" and "Side Lamp". In order to action schedules set using the app, the iDevices Product must contain a microprocessor having a memory to store and run the scheduling program

| a power control circuit configured to implement a command from said microprocessor to vary the supply of | The iDevices product device has a power control circuit configured to implement a command from the microprocessor to vary the supply of electricity to the electrical apparatus. iDevices states on its website that the iDevices product controls electrical apparatus such as lamps, appliances and light bulbs : https://store.idevicesinc.com/outlets/ |
|---|---|

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**

| | |
|---|---|
| electricity to the electrical apparatus; and | <br><br>The iDevices device has the ability to program and action schedules. The microprocessor in the iDevices product commands the device's power control circuit to vary the supply of electricity to the connected electrical apparatus based on the scheduling program and outputs executed by the microprocessor. iDevices states on its website that the iDevice product can *'control and monitor outdoor electronics from a mobile device*." Further, it contains "*dynamic scheduling to have products turn on automatically when you need them*". https://store.idevicesinc.com/idevices-outdoor-switch/<br><br>The iDevices Outdoor Switch allows you to control and monitor outdoor electronics from your mobile device. Outdoor Switch is rain-tight and its rugged design features dual outlets so you can control two products simultaneously. Use dynamic scheduling to have products turn on automatically when you need them. |
| a wireless communications transceiver operable for two-way, peer-to-peer communication with the controller, | The iDevice product includes a wireless communications transceiver operable for two-way, peer-to-peer communication with a smartphone (controller). The absence of a wireless communications transceiver would render the iDevices product incapable of communicating with a smartphone wirelessly.<br><br>iDevices states on its website that the iDevices product is a Wi-Fi connected power control device: https://store.idevicesinc.com/outlets/ |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**



Wi-Fi is a wireless communications technology. In order to communicate via Wi-Fi, the iDevices product must contain a wireless communications transceiver.

The iDevices product's wireless communications transceiver is operable for two-way, peer-to-peer communication with the controller. Setup instructions on the iDevices website detail how to establish a peer-to-peer communications link between the iDevices product and a smartphone: https://support.idevicesinc.com/hc/en-us/articles/360000227548-Outdoor-Switch-Unexpected-Error-Occurred

**Connect iOS device to the Outdoor Switch:**

1. Go to Settings > WiFi.
2. Determine the full Outdoor Switch name under "Set Up New Device," make a note of this name. Format of Outdoor Switch name is based off of the current firmware on the Outdoor Switch:
   - iDevices Outdoor Switch XXXXXX
   - Outdoor Switch XXXXXXXX

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**

3. Once Outdoor Switch name is noted, tap "Other…"



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**

**Enter the full Outdoor Switch name in the "Name" field:**

1. The name is case sensitive and is based off of the Outdoor Switch name noted above; enter the name as:
   - "iDevices Outdoor Switch XXXXXX"
   - If the name was is listed as "Outdoor Switch XXXXXXXX" enter it as "Outdoor-Switch-XXXXXXXX"

2. Leave "Security" field as "None."
3. Tap "Join" on the top right-hand corner.



**Exhibit to Kortek's Complaint for Patent Infringement: Claim Chart for the '377 Patent**

iOS device will try to directly connect to Outdoor Switch:

1. Tap info icon to the right of the Outdoor Switch name to view the network details.



Confirm the iOS device is connected to the Outdoor Switch by the checkmark indication next to the Outdoor Switch name:

1. Your iOS device is now directly connected to the Outdoor Switch's Wi-Fi.



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**

| | |
|---|---|
| | Setup instructions detail how to connect to the iDevices product using a wireless communications transceiver operable for two-way, peer-to-peer communications with the smartphone or controller. The setup instructions state the need to "*directly connect to Outdoor Switch*". The setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. The instructions direct a user to connect to an "*Outdoor-Switch-00288191*" Wi-Fi network. The available  "*Outdoor-Switch-00288191*" network indicates that the iDevices product has been configured to simulate a Wi-Fi network access point. Connecting to the "*Outdoor-Switch-00288191*" network establishes a wireless peer-to-peer connection between the smartphone and the iDevices product without using an intermediary. Instructions further support this by stating "*Your IOS devices is now directly connected to the Socket's Wi-Fi*" with an image containing a connection check mark (highlighted in red)..<br><br>As indicated in an iDevices-produced video, the iDevices product can communicate wirelessly peer-to-peer with a smartphone without using a hub or other hardware:<br>https://www.youtube.com/watch?v=1lh9cAGNOLE<br><br> |
| said microprocessor being configured to open a peer-to-peer wireless communications link with the controller by either:<br>simulating a network access point if said | On information and belief, the iDevices device has a microprocessor configured to open a peer-to-peer wireless communications link with the controller by simulating a network access point if said controller is an IEEE 802.11 network client device. https://store.idevicesinc.com/outlets/ |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**

| | |
|---|---|
| controller is an IEEE 802.11 network client device; or negotiating with said controller as to which of said microprocessor or said controller will assume a group owner role if said controller is an IEEE 802.11 device configured to utilize a peer-to-peer communications standard. | <br><br>iDevices states that the product is Wi-Fi enabled. Wi-Fi is the commercial brand name for the IEEE 802.11 family of wireless communications standards. Smartphones that are Wi-Fi enabled adhere to the IEEE 802.11 standards when they operate as a network client device.<br><br>Setup instructions on the iDevices website detail how to establish a Wi-Fi peer-to-peer wireless communications link between the iDevices product and a smartphone: https://support.idevicesinc.com/hc/en-us/articles/360000227548-Outdoor-Switch-Unexpected-Error-Occurred<br><br>**Connect iOS device to the Outdoor Switch:**<br><br>1. Go to Settings > WiFi.<br>2. Determine the full Outdoor Switch name under "Set Up New Device," make a note of this name. Format of Outdoor Switch name is based off of the current firmware on the Outdoor Switch:<br>    • iDevices Outdoor Switch XXXXXX<br>    • Outdoor Switch XXXXXXXX |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**

**Enter the full Outdoor Switch name in the "Name" field:**

1. The name is case sensitive and is based off of the Outdoor Switch name noted above; enter the name as:
   - "iDevices Outdoor Switch XXXXXX"
   - If the name was is listed as "Outdoor Switch XXXXXXXX" enter it as "Outdoor-Switch-XXXXXXXX"

2. Leave "Security" field as "None."
3. Tap "Join" on the top right-hand corner.



**Exhibit to Kortek's Complaint for Patent Infringement: Claim Chart for the '377 Patent**

**iOS device will try to directly connect to Outdoor Switch:**

1. Tap info icon to the right of the Outdoor Switch name to view the network details.



**Confirm the iOS device is connected to the Outdoor Switch by the checkmark indication next to the Outdoor Switch name:**

1. Your iOS device is now directly connected to the Outdoor Switch's Wi-Fi.

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '377 Patent**

|  | The setup instructions state the need for a user to "*directly connect to Outdoor Switch*". The instructions advise the user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. A smartphone configured as an IEEE 802.11 client will display available Wi-Fi access points it can connect to. The instructions direct the user to connect to the "*Outdoor-Switch-00288191*" Wi-Fi network. The "*Outdoor-Switch-00288191*" Wi-Fi network identifies that the iDevices microprocessor is configured to simulate a Wi-Fi access point, allowing it to be discovered by the smartphone. By simulating a network access point, the iDevices product does not provide access to a local area network or the internet but allows the smartphone to establish a peer-to-peer wireless communications link with the iDevices product. |
|--|--|