# <u>Exhibit F</u>

# to

# Kortek's Complaint for Patent Infringement

# Claim Chart for the '427 Patent

| US Patent No. 9,590,427, Exemplary Claim 1* | iDevices Accused Products: <br><br> Outdoor Switch, Switch, Socket, Wall Switch, Dimmer Switch, Wall Outlet, Instinct, Thermostat |
|---|---|

---

\* Kortek provides this exemplary claim chart for the purposes showing one basis of infringement of the Kortek Patents by Hubbell's (used interchangeably with "iDevices" herein) "Accused Products" as defined in the Complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Kortek reserves its right to amend and fully provide its infringement arguments and evidence thereof until its final Infringement Contentions are later produced according to the court's Scheduling Order in this case.

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

| US Patent # 9,590,427 Claim 1 | |
|---|---|
| A power control device for controlling an electrical apparatus through a wireless communications link with a personal controller so as to control a supply of electricity to the electrical apparatus, the personal controller having a processor, a user interface, and a wireless communications transceiver, said device comprising: | To the extent that the preamble is a limitation, iDevices Outdoor Switch is a Wi-Fi connected power control device, as shown by the iDevices website https://store.idevicesinc.com/outlets/ <br><br>  <br><br> Wi-Fi is a wireless communications technology used to form a wireless communications link. <br><br> The iDevices website states that the iDevices product can be used to "*Control and monitor outdoor electronics from anywhere with the iDevices Connected app. Schedule and automate outdoor lighting and decorations throughout the year for ease and ambiance*". <br><br> Electronics and outdoor lighting are electrical apparatus. <br><br> iDevices states that its product can be controlled and monitored from a *'mobile device'*: https://store.idevicesinc.com/idevices-outdoor-switch/ <br><br> The iDevices Outdoor Switch allows you to control and monitor outdoor electronics from your mobile device. Outdoor Switch is rain-tight and its rugged design features dual outlets so you can control two products simultaneously. Use dynamic scheduling to have products turn on automatically when you need them. <br><br> iDevices states that its product can be controlled using the iDevices app: https://store.idevicesinc.com/outlets/ <br><br>  |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

iDevices provides an app for controlling the iDevices product that can be downloaded via the Apple Store or Google Play. Apps available on Apple Store and Google Play are installed on personal controllers using iOS or Android operating systems respectively:  https://idevicesinc.com/connected-app/



Mobile devices capable of running iOS or Android are commonly referred to as smartphones or tablets. Smartphones, tablets and other similar devices are personal controllers that have a processor, user interface, and wireless communications transceiver.

iDevices specifically state the iDevice product can be controlled by a smartphone: https://store.idevicesinc.com/idevices-outdoor-switch/



The image depicts a smartphone configured with the iDevices app used to control the iDevices product. In order to "*control and monitor your electronics*", the iDevices product is configured to control the supply of electricity to an electrical apparatus based on instructions from a users smartphone communicated wirelessly.

iDevices states on its website that the iDevices product controls electrical apparatus such as lamps, appliances and light bulbs "*with your phone*": https://store.idevicesinc.com/outlets/

3

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**



Lamps, appliances and light bulbs are electrical apparatus. Use of the phrase "*control with your phone*" indicates that a command or instruction from the smartphone to the iDevice product is actioned by the iDevice product.

iDevices state that it is possible to set schedules and automate the supply of electricity to attached electrical apparatus: https://store.idevicesinc.com/outlets/



iDevices indicates that the iDevices app contains the ability to schedule the supply of electricity to connected electrical apparatus: https://idevicesinc.com/connected-app/

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

| | |
|---|---|
| |  |
| | The image depicts a smartphone configured with the iDevices app. The screen indicates an ability to set on and off schedules for items such as "Desk Lamp" and "Side Lamp". In order to action schedules set using the app, the iDevices Product must be capable of controlling the supply of electricity to the attached electrical apparatus. |
| a wireless control module operable for wireless communication with the personal controller, said wireless control module including an aerial, a wireless interface circuit, a radio transceiver, and a microcontroller, | The iDevice product includes a wireless control module operable for wireless communication with the personal controller. iDevice states on its website the product is Wi-Fi enabled: https://store.idevicesinc.com/outlets/ <br><br>  <br><br> In order for the iDevices product to be '*Wi-Fi enabled*", the iDevice product must be configured with a wireless control module that includes an aerial, a wireless interface circuit, a radio transceiver and a microcontroller. <br><br> As indicated on an iDevices-produced video, the iDevices product does not need a hub or other hardware to operate:  https://www.youtube.com/watch?v=1lh9cAGNOLE |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**



In order for a smartphone to communicate with an iDevices product wirelessly the iDevice product must by have an aerial, a wireless interface circuit, a radio transceiver and a microcontroller.

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

| | |
|---|---|
| | An aerial and radio transceiver are essential for Wi-Fi communications (https://computer.howstuffworks.com/wireless-network1.htm):<br><br># How WiFi Works<br><br>     BY MARSHALL BRAIN, TRACY V. WILSON & BERNADETTE JOHNSON<br><br>### What Is WiFi?    « PREV   NEXT »<br><br>A wireless network uses radio waves, just like cell phones, televisions and radios do. In fact, communication across a wireless network is a lot like two-way radio communication. Here's what happens:<br><br>1. A computer's wireless adapter translates data into a radio signal and transmits it using an antenna.<br>2. A wireless router receives the signal and decodes it. The router sends the information to the Internet using a physical, wired Ethernet connection.<br><br>The process also works in reverse, with the router receiving information from the Internet, translating it into a radio signal and sending it to the computer's wireless adapter.<br><br>iDevices identifies the Wi-Fi specifications used to make the iDevices product operate:<br>https://support.idevicesinc.com/hc/en-us/articles/360001007668<br><br>**iDevices**   STORE   EXPERIENCE   COMPANY   SUPPORT<br><br>Customer Support // Global // Support<br><br><br><br>## Wi-Fi and Network Compatibility<br><br>*Updated - 12 hours ago*<br><br>**Network Requirements**<br><br>• iDevices products require a home Wi-Fi® network with a 2.4 GHz network band (802.11 B/G/N)<br><br>'Network Requirements' outlines the wireless standards supported by the iDevices product. 802.11 B/G/N are standards that specifically relate to Wi-Fi which is a wireless communications medium. In order to communicate using Wi-Fi, the iDevices product must contain an aerial, a wireless interface circuit, a radio transceiver and a microcontroller. The absence of these elements would render the product incapable of communicating via Wi-Fi. |
| said microcontroller being configured in a | The iDevices product includes a microcontroller configured in a first mode to operate its wireless control module using a peer-to-peer communications standard to communicate with a smartphone (personal controller). As indicated on the iDevices website, the iDevice product wirelessly |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

| | |
|---|---|
| first mode to operate said wireless control module using a peer-to-peer communications standard to communicate with the personal controller, | communicates with a smartphone: https://store.idevicesinc.com/outlets/  As indicated in an iDevices-produced video, the iDevices product can communicate wirelessly peer-to-peer with a smartphone without using a hub or other hardware: https://www.youtube.com/watch?v=1lh9cAGNOLE Setup instructions on the iDevices website detail how to establish a peer-to-peer communications link between the iDevices product and a smartphone: https://support.idevicesinc.com/hc/en-us/articles/360000227548-Outdoor-Switch-Unexpected-Error-Occurred |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

**Connect iOS device to the Outdoor Switch:**

1. Go to Settings > WiFi.
2. Determine the full Outdoor Switch name under "Set Up New Device," make a note
   of this name. Format of Outdoor Switch name is based off of the current firmware
   on the Outdoor Switch:
   - iDevices Outdoor Switch XXXXXX
   - Outdoor Switch XXXXXXXX

3. Once Outdoor Switch name is noted, tap "Other…"



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

**Enter the full Outdoor Switch name in the "Name" field:**

1. The name is case sensitive and is based off of the Outdoor Switch name noted above; enter the name as:
   - "iDevices Outdoor Switch XXXXXX"
   - If the name was is listed as "Outdoor Switch XXXXXXXX" enter it as "Outdoor-Switch-XXXXXXXX"

2. Leave "Security" field as "None."
3. Tap "Join" on the top right-hand corner.



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**



iOS device will try to directly connect to Outdoor Switch:

1. Tap info icon to the right of the Outdoor Switch name to view the network details.

Confirm the iOS device is connected to the Outdoor Switch by the checkmark indication next to the Outdoor Switch name:

1. Your iOS device is now directly connected to the Outdoor Switch's Wi-Fi.

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

| | |
|---|---|
| | The setup instructions state the need to "*directly connect to Outdoor Switch*". The setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. The instructions direct a user to connect to an "*Outdoor-Switch-00288191*" Wi-Fi network. The available  "*Outdoor-Switch-00288191*" network indicates that the microcontroller of the iDevices product has been configured to simulate a Wi-Fi network access point. Connecting to the "*Outdoor-Switch-00288191*" network establishes a wireless peer-to-peer connection between the smartphone and the iDevices product without using an intermediary. Instructions further support this by stating "*Your IOS devices is now directly connected to the Socket's Wi-Fi*" with an image containing a connection check mark (highlighted in red). |
| said microcontroller being configured in a second mode to operate said wireless control module using a non-peer-to-peer communications standard to communicate with a network access point in a WLAN, | The microcontroller in the iDevices product is configured in a second mode to operate its wireless control module using a non-peer-to-peer communications standard to communicate with a network access point in a WLAN.<br><br>Setup instructions on the iDevices website outline the setup procedure for the iDevices product. Those instructions detail how to establish a non-peer-to-peer communications link with a network access point in a WLAN: https://support.idevicesinc.com/hc/en-us/articles/360000227548-Outdoor-Switch-Unexpected-Error-Occurred<br><br>**Connect iOS device to the Outdoor Switch:**<br><br>1. Go to Settings > WiFi.<br>2. Determine the full Outdoor Switch name under "Set Up New Device," make a note of this name. Format of Outdoor Switch name is based off of the current firmware on the Outdoor Switch:<br>    • iDevices Outdoor Switch XXXXXX<br>    • Outdoor Switch XXXXXXXX |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**



3. Once Outdoor Switch name is noted, tap "Other…"

**Exhibit to Kortek's Complaint for Patent Infringement: Claim Chart for the '427 Patent**

**Enter the full Outdoor Switch name in the "Name" field:**

1. The name is case sensitive and is based off of the Outdoor Switch name noted above; enter the name as:
   - "iDevices Outdoor Switch XXXXXX"
   - If the name was is listed as "Outdoor Switch XXXXXXXX" enter it as "Outdoor-Switch-XXXXXXXX"

2. Leave "Security" field as "None."
3. Tap "Join" on the top right-hand corner.



14

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

**iOS device will try to directly connect to Outdoor Switch:**

1. Tap info icon to the right of the Outdoor Switch name to view the network details.



**Confirm the iOS device is connected to the Outdoor Switch by the checkmark indication next to the Outdoor Switch name:**

1. Your iOS device is now directly connected to the Outdoor Switch's Wi-Fi.

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

**Proceed to accessory setup:**

1. Select the Wi-Fi network you will be using your Outdoor Switch with and tap "Next" in the top right-hand corner



**Proceed to the iDevices Connected App to finish pairing and adding to HomeKit:**

1. If the process is successful, open the iDevices Connected App
2. Tap the menu button (☰) then select "Add Product"
3. Select "Got an error or started setting up in another app?" to continue pairing the Outdoor Switch to the app

The instructions outline a specific 'handoff process': "*initiate the IOS network **handoff** process*" [highlight added]. The "handoff process" is used by the microcontroller to switch the iDevices product from a first peer-to-peer mode of communications to a second non-peer-to-peer mode whereby the iDevice product connects to the access point in a users WLAN. When connected to a user's Wi-Fi network access point, the iDevice product operates as a network client. When operating as a client, the iDevices product communicates with the access point, router and other devices using a non-peer-to-peer communications standard. Instructions evidence connecting to a Wi-Fi access point by stating that the user must "*select the Wi-Fi network you will be using your Outdoor Switch and tap Next in the top right-hand corner*".

As indicated on the iDevices website, the iDevices product can vary the supply of electricity to the electrical apparatus when the smartphone and app are not in close proximity to the iDevice product "*Access Anywhere. Stay connected even when you're not at home. Control and monitor your electronics with the free iDevices Connected app, from anywhere*" https://store.idevicesinc.com/idevices-outdoor-switch/

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

|  |  |
|---|---|
|  | <br><br>The ability to control the iDevices product remotely demonstrates the iDevices product using a second non-peer-to-peer mode of communications.. |
| said microcontroller being configured to change from the first mode to the second mode upon receiving instructions from the personal controller for said radio transceiver to operate in the second mode; and | The microcontroller inside the iDevices product is configured to change from the first mode to the second mode upon receiving instructions from the personal controller for said radio transceiver to operate in the second mode.<br><br>Setup instructions on the iDevices website outline the setup procedure for the iDevices product. Those instructions detail how to change  the iDevices product from a first mode  of communication to a second mode using a handoff procedure executed using a smartphone:<br>https://support.idevicesinc.com/hc/en-us/articles/360000227548-Outdoor-Switch-Unexpected-Error-Occurred<br><br>**Connect iOS device to the Outdoor Switch:**<br><br>1. Go to Settings > WiFi.<br>2. Determine the full Outdoor Switch name under "Set Up New Device," make a note of this name. Format of Outdoor Switch name is based off of the current firmware on the Outdoor Switch:<br>    • iDevices Outdoor Switch XXXXXX<br>    • Outdoor Switch XXXXXXXX |

**Exhibit to Kortek's Complaint for Patent Infringement: Claim Chart for the '427 Patent**



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

**Enter the full Outdoor Switch name in the "Name" field:**

1. The name is case sensitive and is based off of the Outdoor Switch name noted above; enter the name as:
   - "iDevices Outdoor Switch XXXXXX"
   - If the name was is listed as "Outdoor Switch XXXXXXXX" enter it as "Outdoor-Switch-XXXXXXXX"

2. Leave "Security" field as "None."
3. Tap "Join" on the top right-hand corner.



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

iOS device will try to directly connect to Outdoor Switch:

1. Tap info icon to the right of the Outdoor Switch name to view the network details.



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

**Proceed to accessory setup:**

1. Select the Wi-Fi network you will be using your Outdoor Switch with and tap "Next" in the top right-hand corner



**Proceed to the iDevices Connected App to finish pairing and adding to HomeKit:**

1. If the process is successful, open the iDevices Connected App
2. Tap the menu button (☰) then select "Add Product"
3. Select "Got an error or started setting up in another app?" to continue pairing the Outdoor Switch to the app

The instructions outline a specific 'handoff process': "*initiate the IOS network **handoff** process*" [highlight added]. The "handoff process" is executed using the iDevices app running on a smartphone which instructs the microcontroller of the iDevices product to change from a first mode of communications to a second mode and connect to an access point in a users WLAN.

User are lead through a number of steps in the iDevices app that are used to change modes of the iDevices product: "*select the Wi-Fi network you will be using your Outdoor Switch with and tap Next in the top right-hand corner*" - . When a user clicks the appropriate button in the iDevices app, an instruction is sent to the iDevices microcontroller to change from the first to second mode of communication.

The instructions direct users to "*select the Wi-Fi network you will be using your Socket with **and tap Next in the top right-hand corner***" [highlight added]. Tapping "*Next*" causes the personal controller to send an instruction initiating the change in mode process.

Further evidence for the change from a first mode to a second mode is the statement "*Proceed to the iDevices Connected App to finish pairing and adding to HomeKit*". The use of the statement *'finish pairing'* subsequent to instructions on how to connect to a Wi-Fi network indicate establishing a

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '427 Patent**

| | connection to a Wi-Fi network that previously did not exist. |
|---|---|
| a power control circuit configured to vary the supply of electricity to the electrical apparatus based at least in part on instructions communicated from the personal controller through said wireless control module. | The iDevice product has a power control circuit configured to vary the supply of electricity to the electrical apparatus based at least in part on instructions communicated from the smartphone (personal controller) through a wireless control module.<br><br>In order for the electrical apparatus to be turned on and off, the iDevice product must have a power control circuit configured to vary the supply of electricity to the electrical apparatus. The supply of electricity is varied at least in part on instructions communicated from the personal controller through the wireless control module.<br><br>iDevices states on its website that the iDevice product can *'control and monitor outdoor electronics from a mobile device.*" and supports "*dynamic scheduling to have products turn on automatically when you need them*". https://store.idevicesinc.com/idevices-outdoor-switch/<br><br>The iDevices Outdoor Switch allows you to control and monitor outdoor electronics from your mobile device. Outdoor Switch is rain-tight and its rugged design features dual outlets so you can control two products simultaneously. Use dynamic scheduling to have products turn on automatically when you need them.<br><br>In order to be able to control or schedule an electrical apparatus to "*turn on automatically when you need them*", the iDevices product must have a power control circuit configured to vary the supply of electricity to the electrical apparatus.<br><br>iDevices states on its website that the iDevices product can by used to control electrical apparatus such as lamps, appliances and light bulbs "*with your phone*": https://store.idevicesinc.com/outlets/<br><br><br><br>The use of the phrase "*control with your phone*" indicates that it is possible to vary the supply of electricity to an electrical apparatus using the power control circuit of an iDevices product based on instructions communicated from a personal controller or smartphone wirelessly to the iDevices |

**Exhibit to Kortek's Complaint for Patent Infringement: Claim Chart for the '427 Patent**

| | |
|---|---|
| | product . |

As indicated on the iDevices website, the iDevices product can vary the supply of electricity to the electrical apparatus when the smartphone and app are not in close proximity to the iDevice product "*Access Anywhere. Stay connected even when you're not at home. Control and monitor your electronics with the free iDevices Connected app, from anywhere*" https://store.idevicesinc.com/idevices-outdoor-switch/



In order to provide the ability to "*control and monitor your electronics with the free iDevices Connected app, from anywhere*", the iDevices product must be capable of receiving instructions through a wireless control module from a users smartphone communicating wirelessly.