# <u>Exhibit G</u>

# to

# Kortek's Complaint for Patent Infringement

# Claim Chart for the '376 Patent

| USA Patent No. **9,923,376** Exemplary Claim 12* | iDevices' Accused Products: Thermostat |
|---|---|

---

* Kortek provides this exemplary claim chart for the purposes showing one basis of infringement of the Kortek Patents by Hubbell's (used interchangeably with "iDevices" herein) "Accused Products" as defined in the Complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Kortek reserves its right to amend and fully provide its infringement arguments and evidence thereof until its final Infringement Contentions are later produced according to the court's Scheduling Order in this case.

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

| USA patent 9,923,376 Claim 12 | |
|---|---|
| A system for controlling an electrical system wired into a structure through a wireless communications link with a personal controller so as to control a supply of electricity to the electrical system, the personal controller having a processor, a user interface, and a wireless communications transceiver, the system comprising: | To the extent the preamble is a limitation, iDevices Thermostat constitutes a system for controlling an electrical system wired into a structure through a wireless communications link with a personal controller, as shown by the iDevices website: https://store.idevicesinc.com/idevices-thermostat/ <br><br>  <br><br> iDevices states that the iDevices product is a "Wi-Fi Connected Thermostat". Wi-Fi is a wireless communications technology. iDevices uses Wi-Fi to form a wireless communications link between its product and a smartphone. <br><br> Thermostats are devices that control the functions of heating and cooling systems inside buildings: https://www.sciencedirect.com/topics/engineering/thermostats <br><br>  <br><br> iDevices website states that its product can be used to dynamically schedule compatible "*heating and cooling systems*.": https://store.idevicesinc.com/idevices-thermostat/ <br><br>  <br><br> Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com: https://www.hvac.com/faq/what-is-hvac/ <br><br>  |

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

## HEATING

Heating a home or building can be achieved through several different systems, such as furnaces, heat pumps, boilers, and ductless systems. Heat can be delivered to a space by different methods:

## AIR CONDITIONING

Air conditioning systems work in reverse of heating systems. Instead of creating heat, air conditioners use energy to extract heat from homes and buildings. Usually, air conditioning systems use a compressor to transfer heat from indoors to outside. The compressor runs on refrigerant, which changes back and forth between liquid and gas. As the refrigerant changes, it absorbs and releases the heat.

HVAC includes heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These are systems that are wired into a structure.

iDevices states on its website that its product is compatible with HVAC and details the compatibility requirements of the HVAC systems: https://store.idevicesinc.com/idevices-thermostat/

### HVAC Compatibility  —

- Heating: 1 and 2 Stages (W1, W2)

- Cooling: 1 and 2 Stages (Y1, Y2)

- Heat Pump: 1 and 2 stage with Aux or Emergency Heat (O/B, Aux/E)

- Fan Control: G

- Humidification and Dehumidification

- Power: C (required), RH, RC

- Converts to Fahrenheit or Celsius

- Check Your Compatibility

iDevices specifically state that compatibility of its device with a HVAC system requires "*Power: C (required), RH, RC*" wires to be present. C, RH and RC wires are wired into a structure and are used to control HVAC systems : https://smartthermostatguide.com/thermostat-c-wire-explained/

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

The C wire, or "common wire" enables the continuous flow of 24 VAC power to the thermostat.

'RC and 'RH' are HVAC wiring systems wired into structures:
https://www.hunker.com/12591763/what-is-the-difference-in-wiring-rc-and-rh

RC

Despite the many letters used to denote terminal connections and wiring most, if not all, are actually fairly logical. RC is no different and simply means red cooling. The wire is generally red, although there is no color standardization -- but more importantly, the "R" really means that the wire and terminal are hot; it's a live electrical wire. The RC wire connects to the RC terminal, which controls the cooling system.

RH

Understanding what RC stands for means, you can probably take an educated guess as to the meaning of RH. The "R" still indicates it's a hot wire and terminal connection, and the "H" simply means heating. The RH wire connects to the RH terminal and controls the heating part of the thermostat.

An iDevices-produced video explains the setup procedures for the iDevices product. That video provides instructions on how to install the product and connect it to the HVAC wiring in a structure:
https://www.youtube.com/watch?v=w2vYXVATilk

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**



HVAC systems are electrical systems wired into a structure.

iDevices specifically state the iDevice product can be operated by smartphones:
https://store.idevicesinc.com/idevices-thermostat/

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**



The image depicts a smartphone configured with the iDevices app used to control the iDevices product: "*Manage your home's temperature with the free iDevices Connected app, from anywhere*".

The iDevices website states that the iDevices Connected app provides "*Intuitive UI Controls*"; "*Personalized Images*"; the ability to "*Automate with Scenes*"; and the ability to "*Set Schedules*": https://store.idevicesinc.com/idevices-thermostat/



iDevices provides an app for controlling the system that can be downloaded via the Apple Store or Google Play. Apps available on Apple Store and Google Play are installed on personal controllers using iOS or Android operating systems respectively:  https://idevicesinc.com/connected-app/

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**



Mobile devices capable of running iOS or Android are commonly referred to as smartphones or tablets. Smartphones, tablets and other similar devices are personal controllers that have a processor, user interface, and a wireless communications transceiver.

In order for an iDevices app on a smartphone to deliver its stated functionality, the system must be capable of controlling the supply of electricity to the HVAC electrical system based on instructions from the app communicated by the smartphone wirelessly.

| a power control unit including a wireless radio transceiver operable for wireless communication with the personal controller, | iDevices state that the iDevices product is a "Wi-Fi Connected Thermostat". Thermostats are devices that control the functions of heating and cooling systems inside buildings: https://www.sciencedirect.com/topics/engineering/thermostats |
|---|---|
| | ## Thermostats |
| | Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required. |
| | Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com: https://www.hvac.com/faq/what-is-hvac/ |
| | The initials **HVAC** stand for the heating, ventilation, and air conditioning. It encompasses the equipment, systems, and technology used in residential and commercial buildings to control the heating and cooling environment indoors. An HVAC system also provides fresh air indoors to dilute contaminants given off from cleaning chemicals, furnishings, and other harmful VOC's. |
| | ## HEATING |
| | Heating a home or building can be achieved through several different systems, such as furnaces, heat pumps, boilers, and ductless systems. Heat can be delivered to a space by different methods: |

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

## AIR CONDITIONING

Air conditioning systems work in reverse of heating systems. Instead of creating heat, air conditioners use energy to extract heat from homes and buildings. Usually, air conditioning systems use a compressor to transfer heat from indoors to outside. The compressor runs on refrigerant, which changes back and forth between liquid and gas. As the refrigerant changes, it absorbs and releases the heat.

HVAC includes heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These systems require electricity to operate. Thermostats are a power unit that control the heating and cooling systems of a HVAC.

iDevices states that its product is "*Wi-Fi Connected*". Wi-Fi is a wireless communications technology: https://store.idevicesinc.com/idevices-thermostat/

### Wi-Fi® Connected Thermostat

Ensure comfort and control with the iDevices Thermostat. Use dynamic scheduling to save money on energy costs and improve your home's efficiency. The iDevices Thermostat is compatible with most heating and cooling systems and is designed to fit the aesthetics of any home with its standard size, shape and modern look.

In order for the iDevices product to be "Wi-Fi Connected", the iDevices product must have a wireless radio transceiver operable for wireless communication using Wi-Fi. The absence of a radio transceiver would render the product incapable of communicating wirelessly via Wi-Fi.

iDevices state that the iDevices product can be operated by a smartphone: https://store.idevicesinc.com/idevices-thermostat/

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**



The image depicts a smartphone configured with the iDevices app used to control the iDevice product: "*Manage your home's temperature with the free iDevices Connected app, from anywhere*".  In order for a smartphone to control the iDevice's product anywhere, the iDevices product must contain a radio transceiver operable for wireless communication with the smartphone. The absence of a radio transceiver would render the product incapable of communicating wirelessly.

The iDevices website further states that the iDevices Connected app provides "*Intuitive UI Controls*"; "*Personalized Images*"; the ability to "*Automate with Scenes*"; and the ability to "*Set Schedules*":https://store.idevicesinc.com/idevices-thermostat/



iDevices provides an app for controlling the system that can be downloaded via the Apple Store or Google Play. Apps available on Apple Store and Google Play are installed on personal controllers using iOS or Android operating systems respectively:  https://idevicesinc.com/connected-app/

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

<table>
<tr>
<td></td>
<td>



Personal controllers capable of running iOS or Android are commonly referred to as smartphones or tablets. Smartphones, tablets and other similar devices are personal controllers that have a processor, user interface, and a wireless communications transceiver.

</td>
</tr>
<tr>
<td>

and a microcontroller configured to operate the radio transceiver in more than one mode, said microcontroller being configured in a first mode to operate said radio transceiver using a peer-to-peer communications standard;

</td>
<td>

The iDevices product is a complex electronic device. Complex electronic devices require a microcontroller to run the firmware required to perform the device's desired functions.

iDevices states that its product is "*Wi-Fi Connected*". Wi-Fi is a wireless communications technology: https://store.idevicesinc.com/idevices-thermostat/

### Wi-Fi® Connected Thermostat

Ensure comfort and control with the iDevices Thermostat. Use dynamic scheduling to save money on energy costs and improve your home's efficiency. The iDevices Thermostat is compatible with most heating and cooling systems and is designed to fit the aesthetics of any home with its standard size, shape and modern look.

In order for the iDevices product to be "Wi-Fi Connected", the iDevices product must have a wireless radio transceiver operable for wireless communication using Wi-Fi. The absence of a radio transceiver would render the product incapable of communicating wirelessly via Wi-Fi.

In order for a smartphone to connect to the Resideo product via Wi-Fi, the Resideo product must contain a microcontroller to operate its Wi-Fi communications. The absence of a microcontroller would render the product incapable of communicating via  Wi-Fi.

On information and belief, the iDevices product's microcontroller is configured to operate the radio transceiver in more than one mode, said microcontroller being configured in a first mode to operate said radio transceiver using a peer-to-peer communications standard. Setup instructions on the iDevices website detail how to establish a peer-to-peer communications link between the iDevices product and a smartphone: https://support.idevicesinc.com/hc/en-us/articles/360000250247-Thermostat-Unexpected-Error-Occurred

**Connect iOS device to the Thermostat:**

1. Go to Settings > Wi-Fi.
2. Determine the full Thermostat Name under "Set Up New Device," make a note of this Thermostat name. Format of Thermostat name is based off of the current firmware on the Thermostat:
   • iDevices Thermostat XXXXXX
   • Thermostat XXXXXXX

</td>
</tr>
</table>

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

3. Once Thermostat name is noted, tap "Other…"



**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

**Enter the full Thermostat name in the "Name" field:**

1. The name is case sensitive and is based off of the Switch name noted above enter the name as:
   - "IDevices Thermostat XXXXXX"
   - If the name was is listed as "Thermostat XXXXXXXX" enter it as "Thermostat-XXXXXXXX"

2. Leave "Security" field as "None."
3. Tap "Join" on the top right-hand corner.



**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**



The setup instructions state the need to "*directly connect to the Thermostat*". The setup instructions direct a user to enter the smartphone Wi-Fi settings to view the available Wi-Fi networks that the

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

| | |
|---|---|
| | smartphone can connect to. The instructions direct a user to connect to the "*Thermostat-XXXXXX*" network. The available  "*Thermostat-XXXXXX*" network indicates that the microcontroller of the iDevices product has configured the radio transceiver to simulate a Wi-Fi network access point in a first mode. Connecting to the "*Thermostat-XXXXXX*" network establishes a wireless peer-to-peer connection between the smartphone and the iDevices product. Instructions further support this by stating "*Your IOS devices is now directly connected to the Thermostat's Wi-Fi*" with an image containing a connection check mark (highlighted in red).<br><br>As indicated on the iDevices website, this first peer-to-peer mode does not require a hub: https://store.idevicesinc.com/idevices-thermostat/<br><br> |
| said microcontroller being configured in a second mode to operate said radio transceiver using a non-peer-to-peer communications standard; | On information and belief, the iDevices product's microcontroller is configured in a second mode to operate the radio transceiver using a non-peer-to-peer communications standard.<br><br>Setup instructions on the iDevices website outline the setup procedure for the iDevices product. Those instructions identify a radio transceiver configured to use a non-peer-to-peer communications standard when communicating with a network access point: https://support.idevicesinc.com/hc/en-us/articles/360000250247-Thermostat-Unexpected-Error-Occurred |

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**



**Under "Set Up New Device" initiate the iOS network info handoff process:**

1. Tap on the Thermostat device you noted previously.

**Proceed to accessory setup:**

1. Select the Wi-Fi network you will be using your Thermostat with and tap "Next" in the top right-hand corner

15

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

**Proceed to the iDevices Connected App to finish pairing and adding to HomeKit:**

1. If the process is successful, open the iDevices Connected App
2. Tap the menu button (☰) then select "Add Product"
3. Select "Got an error or started setting up in another app?" to continue pairing the Thermostat to the app

The instructions outline a 'handoff process': "*initiate the IOS network **handoff** process*" [highlight added]. The "handoff process" is used by the iDevices microcontroller to switch the radio transceiver from the first peer-to-peer mode to a second non-peer-to-peer mode in connecting the iDevices product to an access point in a users WLAN. When connected to a user's Wi-Fi network access point, the iDevice product operates as a network client. When operating as a client, the iDevices radio transceiver communicates with the access point, router and other devices using a non-peer-to-peer communications standard.

The instructions evidence connecting to a Wi-Fi access point,  stating that the user must "*select the Wi-Fi network you will be using your Thermostat with and tap Next in the top right-hand corner*". When a user clicks the appropriate button in the smartphone app to initiate the handoff process, the iDevices product's microcontroller changes from a first peer-to-peer mode to a second non-peer-to-peer mode.

An iDevices-produced video explains the setup procedures for the iDevices product. That video demonstrates an iDevices product having a first and second mode of communication: https://www.youtube.com/watch?v=w2vYXVATilk



As indicated on the iDevices website, a smartphone can communicate with the the iDevices product

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

| | |
|---|---|
| | when the smartphone is not in close proximity to the iDevice product: "*Access Anywhere. Stay connected even when you're not at home. Manage your home's temperature with the free iDevices Connected app, from anywhere*": https://store.idevicesinc.com/idevices-thermostat/<br><br><br><br>The ability to control the iDevices product remotely demonstrates the iDevices product configured using a second non-peer-to-peer mode of communications. |
| An external power control circuit external to the power control unit, the external power control circuit being integrated into at least a portion of the wiring of the commercial or residential structure | iDevices state that the iDevices product is a "Wi-Fi Connected Thermostat". https://store.idevicesinc.com/idevices-thermostat/<br><br>**Wi-Fi® Connected Thermostat**<br><br>Ensure comfort and control with the iDevices Thermostat. Use dynamic scheduling to save money on energy costs and improve your home's efficiency. The iDevices Thermostat is compatible with most heating and cooling systems and is designed to fit the aesthetics of any home with its standard size, shape and modern look.<br><br>Thermostats are power control devices that control the functions of heating and cooling systems inside buildings: https://www.sciencedirect.com/topics/engineering/thermostats |

## Thermostats

Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required.

Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com: https://www.hvac.com/faq/what-is-hvac/

> The initials **HVAC** stand for the heating, ventilation, and air conditioning. It encompasses the equipment, systems, and technology used in residential and commercial buildings to control the heating and cooling environment indoors. An HVAC system also provides fresh air indoors to dilute contaminants given off from cleaning chemicals, furnishings, and other harmful VOC's.

HVAC includes heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These systems require electricity to operate. Thermostats are power control units that control the heating and cooling systems of a HVAC .

iDevices state on its website that its product is compatible with HVAC and details the compatibility requirements of the HVAC systems: https://store.idevicesinc.com/idevices-thermostat/

**HVAC Compatibility**                                            —

- Heating: 1 and 2 Stages (W1, W2)
- Cooling: 1 and 2 Stages (Y1, Y2)
- Heat Pump: 1 and 2 stage with Aux or Emergency Heat (O/B, Aux/E)
- Fan Control: G
- Humidification and Dehumidification
- Power: C (required), RH, RC
- Converts to Fahrenheit or Celsius
- Check Your Compatibility

iDevices state that compatibility of the iDevice product with a HVAC system requires "*Power: C (required), RH, RC*" wires to be present. C, RH and RC wires are wired into a structure and are used to control HVAC systems: https://smartthermostatguide.com/thermostat-c-wire-explained/

> The C wire, or "common wire" enables the continuous flow of 24 VAC power to the thermostat.

'RC and 'RH' are HVAC wiring systems wired into structures:
https://www.hunker.com/12591763/what-is-the-difference-in-wiring-rc-and-rh

RC

Despite the many letters used to denote terminal connections and wiring most, if not all, are actually fairly logical. RC is no different and simply means red cooling. The wire is generally red, although there is no color standardization -- but more importantly, the "R" really means that the wire and terminal are hot; it's a live electrical wire. The RC wire connects to the RC terminal, which controls the cooling system.

RH

Understanding what RC stands for means, you can probably take an educated guess as to the meaning of RH. The "R" still indicates it's a hot wire and terminal connection, and the "H" simply means heating. The RH wire connects to the RH terminal and controls the heating part of the thermostat.

An iDevices-produced video explains the setup procedures for the iDevices product. That video provides instructions on how to install the product and connect it to the HVAC wiring in a structure: https://www.youtube.com/watch?v=w2vYXVATilk

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**



HVAC systems are electrical systems  wired into a structure.

HVAC systems contain power control circuits external to the power control unit (thermostat):
https://www.airamericaflorida.com/2018/12/11/how-the-control-circuits-for-air-conditioning-works/

Do you understand how the control circuit of your air conditioning works? You might think that this is not important – but the truth is, this knowledge will help you care for your air conditioning unit better. We all know that proper maintenance is the key to increase the lifespan of your system. It will help you save money and will even make it energy efficient.

Like any system that runs on electricity, there is a sequence that happens to make it work properly. You need to understand the controls so you can follow how the sequence works. This will help you identify the important parts that have the most potential to compromise the functionality of your air conditioning unit.

So what should you know about the control circuit of your air conditioner at home? What happens the moment you turn the thermostat on?

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

| | |
|---|---|
| | **Two important aspects of the control circuit**<br><br>Transformer<br><br>Let us start with the transformer. In an AC unit, the transformer is the one that brings down the level of voltage that comes from the source of electricity. For instance, most AC units only need 24 volts to run. But the voltage coming from electrical outlets are usually 120V or 240V. Without the transformer, your air conditioning unit will be fried immediately after you turn it on. The transformer ensures that only the correct voltage will enter the system. Make sure you know the VA rating of the control transformers to ensure that it can give your unit the right voltage.<br><br>Now the relay (also known as load) that is in the control system has a VA rating. Make sure that the sum of these VA ratings will not exceed the VA rating that is indicated on the transformer. If it does, it will affect the control circuit of the AC unit. It will not work and the transformer will fail. You should also make sure that the inline fuse is located on the 24V hot side of your unit's transformer. This will protect the transformer from blowing in case there is a dead short in your control circuit.<br><br>Relay and contactor<br><br>We mentioned the relays. What exactly are these? The relays and the contractors that are used in your AC unit control circuits are responsible for turning different parts on and off. These include the blower motor, compressor, or condenser fan motor. The different parts are powered by 24 volts (usually). The line voltage is passed to these compressors or motors to make it work.<br><br>It is important to ensure that the coils and contacts of the relay and contractors receive the right amount of voltage (coil) or amp rating (contact). Otherwise, the high voltage load will blow out the coil or contacts. A 120 voltage will blow out a 24V coil while a 10 amp rating will burn out a contact with a 5 amp rating.<br><br>In case this happens, the relay or contractor will have to be replaced. If so, make sure that you replace it with the same voltage or amp rating.<br><br>**The absence of the power control circuits would make the HVAC system inoperable.** |
| the external power control circuit being configured to vary the supply of electricity to the at least one electrical system based at least in part on instructions communicated from the personal controller through the radio transceiver; and | iDevices state the iDevice product can be operated by a smartphone:<br>https://store.idevicesinc.com/idevices-thermostat/ |

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**



The image depicts a smartphone configured with the iDevices app used to control the iDevice product: "*Manage your home's temperature with the free iDevices Connected app, from anywhere*".  In order to manage the temperature of a home using a smartphone "*from anywhere*", instructions from the smartphone to the iDevice product must be communicated wirelessly.

iDevices states that its product is "*Wi-Fi Connected*". Wi-Fi is a wireless communications technology: https://store.idevicesinc.com/idevices-thermostat/

### Wi-Fi® Connected Thermostat

Ensure comfort and control with the iDevices Thermostat. Use dynamic scheduling to save money on energy costs and improve your home's efficiency. The iDevices Thermostat is compatible with most heating and cooling systems and is designed to fit the aesthetics of any home with its standard size, shape and modern look.

The iDevices website states that the iDevices Connected app provides "*Intuitive UI Controls*"; "*Personalized Images*"; the ability to "*Automate with Scenes*"; and the ability to "*Set Schedules*":https://store.idevicesinc.com/idevices-thermostat/

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**



iDevices provides an app for controlling the system that can be downloaded via the Apple Store or Google Play. Apps available on Apple Store and Google Play are installed on personal controllers using iOS or Android operating systems respectively:  https://idevicesinc.com/connected-app/



Mobile devices capable of running iOS or Android are commonly referred to as smartphones or tablets. Smartphones, tablets and other similar devices are personal controllers that have a processor, user interface, and a wireless radio communications transceiver.

Instructions from the smartphone (personal controller) are sent wirelessly to the iDevices product using the radio transceiver of the smartphone. The iDevices product actions the instructions received from the smartphone ("*Manage your home's temperature with the free iDevices Connected app, from anywhere*"). Power control circuits in the HVAC are external to the iDevices product. Power control circuits in the HVAC vary the supply of electricity to the system based at least in part on instructions from the smartphone to the iDevices product, the iDevices product being configured as a thermostat (power control unit) to control the external power control circuits of the HVAC :
https://www.airamericaflorida.com/2018/12/11/how-the-control-circuits-for-air-conditioning-works/

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

| | |
|---|---|
| | **How it works together**<br><br>Now that you understand the transformer and the relay or contractor, let us discuss how all these make your air conditioning unit work.<br><br>The relay or contractor is the one responsible for turning the AC unit on or off. It is the switch that makes the motor or compressor running. It is part of the 24V control circuit. Depending on the specific components of your air conditioner, it is possible that some of your relays are controlled by other relays. This affects the overall system and the sequence of operation.<br><br>When you turn the AC unit on through the thermostat, the voltage from the energy source will flow through the transformer. The transformer will ensure that only the right amount of voltage will enter the circuit. From the transformer, the voltage will run to the 24V neutral leg then go to the side of the coil that is attached to it. When the thermostat is on, that means it closes the 24V hot leg to complete the circuit. The coil is energized and in effect, closes the contacts and turns on the blower motor. This will get the air conditioning unit running. |
| a communications link between the power control unit and the external power control circuit, | iDevices states on its website that its product is compatible with HVAC and details the compatibility requirements of the HVAC systems: https://store.idevicesinc.com/idevices-thermostat/<br><br>**HVAC Compatibility**<br><br>• Heating: 1 and 2 Stages (W1, W2)<br><br>• Cooling: 1 and 2 Stages (Y1, Y2)<br><br>• Heat Pump: 1 and 2 stage with Aux or Emergency Heat (O/B, Aux/E)<br><br>• Fan Control: G<br><br>• Humidification and Dehumidification<br><br>• Power: C (required), RH, RC<br><br>• Converts to Fahrenheit or Celsius<br><br>• Check Your Compatibility<br><br>iDevices state that compatibility of the iDevices product  with a HVAC system requires "*Power: C (required), RH, RC*" wires to be present. C, RH and RC wires are wired into a structure and provide a communications link between an iDevices product and HVAC systems, that communications link allowing the iDevices product make the HVAC perform a desired function at a desired time: https://smartthermostatguide.com/thermostat-c-wire-explained/<br><br>**The C wire, or "common wire" enables the continuous flow of 24 VAC power to the thermostat.** |

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

'RC and 'RH' are HVAC wiring systems wired into structures:
https://www.hunker.com/12591763/what-is-the-difference-in-wiring-rc-and-rh

### RC

Despite the many letters used to denote terminal connections and wiring most, if not all, are actually fairly logical. RC is no different and simply means red cooling. The wire is generally red, although there is no color standardization -- but more importantly, the "R" really means that the wire and terminal are hot; it's a live electrical wire. The RC wire connects to the RC terminal, which controls the cooling system.

### RH

Understanding what RC stands for means, you can probably take an educated guess as to the meaning of RH. The "R" still indicates it's a hot wire and terminal connection, and the "H" simply means heating. The RH wire connects to the RH terminal and controls the heating part of the thermostat.

An iDevices-produced video explains the setup procedures for the iDevices product. The video provides instructions on how to install the product and connect it to the HVAC wiring in a structure. The wiring provides a communication link between the iDevices power control unit (thermostat) and power control circuit in the HVAC: https://www.youtube.com/watch?v=w2vYXVATilk



**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

| the microcontroller of the power control unit being configured to operate the external power control circuit | On information and belief, the iDevices product includes a microcontroller configured to operate the external power control circuit. The iDevices product is a thermostat. Thermostats are devices that control the functions of heating and cooling systems inside buildings: https://www.sciencedirect.com/topics/engineering/thermostats <br><br> Thermostats <br> Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required. <br><br> iDevices state the iDevice product can be used to vary the temperature in a home. https://store.idevicesinc.com/idevices-thermostat/ <br><br>  <br><br> In order to vary the temperature in a home, the microcontroller inside the iDevices product must be configured to operate the external power control circuit in HVAC systems. <br><br> iDevices provide instructions on how to install the iDevices product. It specifically states to "*Configure the iDevices Thermostat to work with your HVAC system type*": https://idevicesinc.com/downloads/manuals/thermostat-installation-guide.pdf |

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

### Installation Overview
1. Turn the power to your HVAC system OFF!
2. Remove the faceplate of your old thermostat and photograph the existing wiring configuration.
3. Disconnect your old thermostat's wall plate and secure the wires.
4. Mount your iDevices® Thermostat mounting plate and attach wires to match your system's configuration.
5. Attach your iDevices® Thermostat to the mounting plate.
6. Turn the power back ON.
7. Configure the iDevices® Thermostat to work with your HVAC system type.
8. Download the free iDevices® Connected app.
9. Connect your iDevices® Thermostat to your home network and pair it to your iDevices® Connected app.
10. Set up and customize your iDevices® Thermostat within the iDevices® Connected app.

### Professional Assistance
Your safety comes first! If you don't feel comfortable installing your iDevices® Thermostat, contact a local HVAC contractor.

7

iDevices provide further instructions on how to configure the iDevices product to operate the external power control circuit in a HVAC system: https://idevicesinc.com/downloads/manuals/thermostat-installation-guide.pdf

| | |
|---|---|
| | **Configuring The Thermostat For Your HVAC System**<br>1.  When it powers up, the Thermostat will take you to a Welcome screen. Press the ⚙ to begin setup.<br>2.  Select HVAC system type (Heat Pump or Conventional) and press the ⚙ to continue.<br>3a. If you have a conventional system, set the fuel type (Electric or Oil/Gas) and press the ⚙ to continue.<br><br>14<br><br>. |
| **CLAIM 13**<br>The system of Claim 12, wherein the communications link includes a hardware interface. | iDevices states on its website that its product is compatible with HVAC and details the compatibility requirements of the HVAC systems: https://store.idevicesinc.com/idevices-thermostat/<br><br>**HVAC Compatibility** —<br><br>•  Heating: 1 and 2 Stages (W1, W2)<br><br>•  Cooling: 1 and 2 Stages (Y1, Y2)<br><br>•  Heat Pump: 1 and 2 stage with Aux or Emergency Heat (O/B, Aux/E)<br><br>•  Fan Control: G<br><br>•  Humidification and Dehumidification<br><br>•  Power: C (required), RH, RC<br><br>•  Converts to Fahrenheit or Celsius<br><br>•  Check Your Compatibility<br><br>iDevices specifically state that compatibility of its device with a HVAC system requires "*Power: C (required), RH, RC*" wires to be present. C, RH and RC wires are wired into a structure and provide a communications link between an iDevices product and HVAC systems, that communications link allowing the iDevices product make the HVAC perform a desired function at a desired time: |

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

https://smartthermostatguide.com/thermostat-c-wire-explained/

The C wire, or "common wire" enables the continuous flow of 24 VAC power to the thermostat.

'RC and 'RH' are HVAC wiring systems wired into structures:
https://www.hunker.com/12591763/what-is-the-difference-in-wiring-rc-and-rh

RC

Despite the many letters used to denote terminal connections and wiring most, if not all, are actually fairly logical. RC is no different and simply means red cooling. The wire is generally red, although there is no color standardization -- but more importantly, the "R" really means that the wire and terminal are hot; it's a live electrical wire. The RC wire connects to the RC terminal, which controls the cooling system.

RH

Understanding what RC stands for means, you can probably take an educated guess as to the meaning of RH. The "R" still indicates it's a hot wire and terminal connection, and the "H" simply means heating. The RH wire connects to the RH terminal and controls the heating part of the thermostat.

An iDevices-produced video explains the setup procedures for the iDevices product. The video provides instructions on how to install the product and connect it to the HVAC wiring in a structure. The wiring provides a communication link between the iDevices power control unit (thermostat) and power control circuit in the HVAC: https://www.youtube.com/watch?v=w2vYXVATilk

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**



| | |
|---|---|
| | Wiring is a hardware interface used to create a communications link. |
| **CLAIM 18**<br>The system of Claim 12, wherein the microcontroller is configured to operate the external power control circuit to vary the supply of electricity to at least one of a heating and air conditioning system. | On information and belief, the iDevices product includes a microcontroller configured to operate the external power control circuit of at least a heating or air conditioning system. The iDevices product is a thermostat. https://store.idevicesinc.com/idevices-thermostat/<br><br>**Wi-Fi® Connected Thermostat**<br><br>Ensure comfort and control with the iDevices Thermostat. Use dynamic scheduling to save money on energy costs and improve your home's efficiency. The iDevices Thermostat is compatible with most heating and cooling systems and is designed to fit the aesthetics of any home with its standard size, shape and modern look.<br><br>Thermostats are devices that control the functions of heating and cooling systems inside buildings: https://www.sciencedirect.com/topics/engineering/thermostats<br><br>**Thermostats**<br><br>Thermostats are devices whose principal function is to control the operation of HVAC systems, turning on heating or cooling as required.<br><br>Heating and cooling systems are typically referred to as HVAC. HVAC is a term that encompasses the equipment, systems and technologies required for heating and cooling buildings. As per HVAC.com: |

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**

https://www.hvac.com/faq/what-is-hvac/

The initials **HVAC** stand for the heating, ventilation, and air conditioning. It encompasses the equipment, systems, and technology used in residential and commercial buildings to control the heating and cooling environment indoors. An HVAC system also provides fresh air indoors to dilute contaminants given off from cleaning chemicals, furnishings, and other harmful VOC's.

HVAC includes heating and cooling systems such as furnaces, heat pumps, boilers and air conditioning systems. These are systems wired into a structure.

iDevices states on its website that its product is compatible with HVAC and details the compatibility requirements of the HVAC systems: https://store.idevicesinc.com/idevices-thermostat/

**HVAC Compatibility**                                                            —

- Heating: 1 and 2 Stages (W1, W2)

- Cooling: 1 and 2 Stages (Y1, Y2)

- Heat Pump: 1 and 2 stage with Aux or Emergency Heat (O/B, Aux/E)

- Fan Control: G

- Humidification and Dehumidification

- Power: C (required), RH, RC

- Converts to Fahrenheit or Celsius

- Check Your Compatibility

iDevices state that the iDevice product can be used to vary the temperature in a home. https://store.idevicesinc.com/idevices-thermostat/

**Exhibit G to Kortek's Complaint for Patent Infringement:  Claim Chart for the '376 Patent**



In order to control the temperature in a home, the microcontroller inside the iDevices product is configured to operate the external power control circuit in HVAC systems in varying the supply of electricity to at least one of a heating and air conditioning system.