# Exhibit H

## to

## Kortek's Complaint for Patent Infringement

## Claim Chart for the '869 Patent

| US Patent No. 10,429,869, Exemplary Claim 1* | iDevices Accused Products:<br><br>Outdoor Switch, Switch, Socket, Wall Switch, Dimmer Switch, Wall Outlet, Instinct, Thermostat |
|---|---|

---

* Kortek provides this exemplary claim chart for the purposes showing one basis of infringement of the Kortek Patents by Hubbell's (used interchangeably with "iDevices" herein) "Accused Products" as defined in the Complaint. This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Kortek reserves its right to amend and fully provide its infringement arguments and evidence thereof until its final Infringement Contentions are later produced according to the court's Scheduling Order in this case.

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**

| US Patent # 10,429,869 Claim 1 | |
|---|---|
| A power control device for controlling an electrical apparatus, said power control device utilizing a peer-to-peer link between said power control device and a mobile communications device so as to control a supply of electricity to the electrical apparatus, the mobile communications device having a processor, a memory, a user interface, and a wireless communications transceiver, said power control device comprising: | To the extent that the preamble is a limitation, iDevices Outdoor Switch is a Wi-Fi connected power control device, as shown by the iDevice website at https://store.idevicesinc.com/outlets/ <br><br>  <br><br> The iDevices website states that the iDevices product can be used to "*Control and monitor outdoor electronics from anywhere with the iDevices Connected app. Schedule and automate outdoor lighting and decorations throughout the year for ease and ambiance*". <br><br> Electronics and outdoor lighting are electrical apparatus. <br><br> iDevices states that its product can be controlled and monitored from a *'mobile device'*: https://store.idevicesinc.com/idevices-outdoor-switch/ <br><br>  <br><br> iDevices states that its product can be controlled using the iDevices app: https://store.idevicesinc.com/outlets/ <br><br>  |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**

iDevices provides an app for controlling the iDevices product that can be downloaded via the Apple Store or Google Play. Apps available on Apple Store and Google Play are installed on controllers using iOS or Android operating systems respectively:  https://idevicesinc.com/connected-app/



Mobile devices capable of running iOS or Android are commonly referred to as smartphones or tablets. Smartphones, tablets and other similar devices are mobile communications devices that have a processor, user interface, memory, and a wireless communications transceiver.

iDevices specifically state the iDevice product can be operated by a smartphone: https://store.idevicesinc.com/idevices-outdoor-switch/



The image depicts a smartphone configured with the iDevices app used to control the iDevices product. In order to control connected electrical apparatus, the iDevices product is configured to control the supply of electricity to the electrical apparatus.

iDevices states on its website that the iDevices product controls electrical apparatus such as lamps, appliances and light bulbs : https://store.idevicesinc.com/outlets/

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**



Lamps, appliances and light bulbs are electrical apparatus.

iDevices state that it is possible to set schedules and automate the supply of electricity to attached electrical apparatus: https://store.idevicesinc.com/outlets/



iDevices indicate the iDevices app contains the ability to schedule the supply of electricity to connected electrical apparatus: https://idevicesinc.com/connected-app/

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**



The image depicts a smartphone configured with the iDevices app. The screen indicates an ability to set on and off schedules for items such as "Desk Lamp" and "Side Lamp". In order to action  schedules set using the app, the iDevices product must be capable of controlling the supply of electricity to the attached electrical apparatus.

Setup instructions on the iDevices website detail how to establish a peer-to-peer link between the iDevices product and a smartphone: https://support.idevicesinc.com/hc/en-us/articles/360000227548-Outdoor-Switch-Unexpected-Error-Occurred

**Connect iOS device to the Outdoor Switch:**

1. Go to Settings > WiFi.
2. Determine the full Outdoor Switch name under "Set Up New Device," make a note of this name. Format of Outdoor Switch name is based off of the current firmware on the Outdoor Switch:
   - iDevices Outdoor Switch XXXXXX
   - Outdoor Switch XXXXXXXX

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**



3. Once Outdoor Switch name is noted, tap "Other…"

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**

**Enter the full Outdoor Switch name in the "Name" field:**

1. The name is case sensitive and is based off of the Outdoor Switch name noted above; enter the name as:
   - "iDevices Outdoor Switch XXXXXX"
   - If the name was is listed as "Outdoor Switch XXXXXXXX" enter it as "Outdoor-Switch-XXXXXXXX"

2. Leave "Security" field as "None."
3. Tap "Join" on the top right-hand corner.



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**

**iOS device will try to directly connect to Outdoor Switch:**

1. Tap info icon to the right of the Outdoor Switch name to view the network details.



**Confirm the iOS device is connected to the Outdoor Switch by the checkmark indication next to the Outdoor Switch name:**

1. Your iOS device is now directly connected to the Outdoor Switch's Wi-Fi.



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**

| | |
|---|---|
| | Setup instructions state the need to "*directly connect to Outdoor Switch*". The setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. The instructions direct a user to connect to an "*Outdoor-Switch-00288191*" Wi-Fi network. The available  "*Outdoor-Switch-00288191*" network indicates that the iDevices product has been configured to simulate a Wi-Fi network access point. Connecting to the "*Outdoor-Switch-00288191*" network establishes a peer-to-peer link between the smartphone and the iDevices product without using an intermediary. Instructions further support this by stating "*Your IOS devices is now directly connected to the Socket's Wi-Fi*" with an image containing a connection check mark (highlighted in red).<br><br>As indicated in an iDevices-produced video, the iDevices product can communicate wirelessly peer-to-peer with a smartphone without using a hub or other hardware: https://www.youtube.com/watch?v=1lh9cAGNOLE<br><br> |
| a microprocessor having a memory; | The iDevices product is a complex electronic device. Complex electronic devices require a microprocessor with memory to store and run the firmware required to perform the device's desired functions.<br><br>iDevices states on its website that the iDevices product is a Wi-Fi connected power control device that can "*control and monitor outdoor electronics from anywhere with the iDevices Connected app*" https://store.idevicesinc.com/outlets/ |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**

<table>
<tr>
<td></td>
<td>



In order for a smartphone to connect to the iDevices product via Wi-Fi, the iDevices product must be configured with a microprocessor having a memory used to operate its Wi-Fi communications. The absence of these elements would render the product incapable of communicating via Wi-Fi.

iDevices further indicate that the the iDevices app contains the ability to schedule the iDevices product to control the supply of electricity to connected electrical apparatus: https://idevicesinc.com/connected-app/



The image depicts a smartphone configured with the iDevices app. The screen shows the ability to set on and off schedules for items such as "Desk Lamp" and "Side Lamp". In order to action schedules set using the app, the iDevices Product must contain a microprocessor having a memory to store and run the scheduling program.

</td>
</tr>
<tr>
<td>

a power control circuit within said power control device,

</td>
<td>

The iDevice product includes a power control circuit inside the device. iDevices state on its website that the iDevice product can *'control and monitor outdoor electronics from a mobile device*." Further, it contains "*dynamic scheduling to have products turn on automatically when you need them*". https://store.idevicesinc.com/idevices-outdoor-switch/

</td>
</tr>
</table>

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**

| | |
|---|---|
| | The iDevices Outdoor Switch allows you to control and monitor outdoor electronics from your mobile device. Outdoor Switch is rain-tight and its rugged design features dual outlets so you can control two products simultaneously. Use dynamic scheduling to have products turn on automatically when you need them. |
| | In order for the iDevices product to control or schedule the supply of electricity to an electrical apparatus , the iDevices product must contain a power control circuit.  In the absence of a power control circuit, the iDevices product would not be able to control the supply of electricity in turning an electrical apparatus on or off. |
| said power control circuit being configured to implement a command from said microprocessor to vary the supply of electricity to the electrical apparatus; and | The iDevice product has a power control circuit configured to implement a command from the microprocessor to vary the supply of electricity to the electrical apparatus. iDevices states on its website that the iDevice product can *'control and monitor outdoor electronics from a mobile device*." Further, it contains "*dynamic scheduling to have products turn on automatically when you need them*". https://store.idevicesinc.com/idevices-outdoor-switch/ |

In order for the iDevices product to control or schedule the supply of electricity to an electrical apparatus , the iDevices product must contain a power control circuit.  In the absence of a power control circuit, the iDevices product would not be able to control the supply of electricity in turning an electrical apparatus on or off.

The iDevices device has the ability to program and action schedules. The microprocessor in the iDevices product commands the product's power control circuit to vary the supply of electricity to an electrical apparatus based on the scheduling program and outputs executed by the microprocessor: https://store.idevicesinc.com/outlets/



| a wireless communications transceiver operable for | The iDevice product includes a wireless communications transceiver operable for two-way, peer-to-peer communication with a mobile communication device (smartphone). The absence of a wireless communications transceiver would render the iDevices product incapable of communicating with a mobile communications device wirelessly. |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**

| | |
|---|---|
| two-way, peer to-peer communication with the mobile communications device, | iDevices states on its website that the iDevices product is a Wi-Fi connected power control device https://store.idevicesinc.com/outlets/ <br><br>  <br><br> Wi-Fi is a wireless communications technology. In order to communicate via Wi-Fi, the iDevices product must contain a wireless communications transceiver. <br><br> Setup instructions on the iDevices website detail how to establish a peer-to-peer communications link between the iDevices product and a smartphone: https://support.idevicesinc.com/hc/en-us/articles/360000227548-Outdoor-Switch-Unexpected-Error-Occurred <br><br> **Connect iOS device to the Outdoor Switch:** <br><br> 1. Go to Settings > WiFi. <br> 2. Determine the full Outdoor Switch name under "Set Up New Device," make a note of this name. Format of Outdoor Switch name is based off of the current firmware on the Outdoor Switch: <br>     • iDevices Outdoor Switch XXXXXX <br>     • Outdoor Switch XXXXXXXX |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**

**Enter the full Outdoor Switch name in the "Name" field:**

1. The name is case sensitive and is based off of the Outdoor Switch name noted above; enter the name as:
   - "iDevices Outdoor Switch XXXXXX"
   - If the name was is listed as "Outdoor Switch XXXXXXXX" enter it as "Outdoor-Switch-XXXXXXXX"

2. Leave "Security" field as "None."
3. Tap "Join" on the top right-hand corner.



**Exhibit to Kortek's Complaint for Patent Infringement: Claim Chart for the '869 Patent**



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**



Confirm the iOS device is connected to the Outdoor Switch by the checkmark indication next to the Outdoor Switch name:

1. Your iOS device is now directly connected to the Outdoor Switch's Wi-Fi.

The setup instructions state the need to "*directly connect to Outdoor Switch*". The setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. The instructions direct a user to connect to an "*Outdoor-Switch-00288191*" Wi-Fi network. The available  "*Outdoor-Switch-00288191*" network indicates that the iDevices product has been configured to simulate a Wi-Fi network access point. Connecting to the "*Outdoor-Switch-00288191*" network establishes a wireless peer-to-peer connection between the smartphone and the iDevices product without using an intermediary. Instructions further support this by stating "*Your IOS devices is now directly connected to the Socket's Wi-Fi*" with an image containing a connection check mark (highlighted in red).

As indicated in an iDevices-produced video, the iDevices product can communicate wirelessly peer-to-peer with a smartphone without using a hub or other hardware:
https://www.youtube.com/watch?v=1lh9cAGNOLE

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**



:

| | |
|---|---|
| said microprocessor being configured to always send, using said wireless control transceiver, a discovery message without passing through a wireless router or access point, the discovery message being sent to initiate contact with the mobile communications device to open a peer-to-peer wireless communications link with the mobile communications device, | On information and belief, the iDevices product includes a microprocessor configured to always send, using said wireless control transceiver, a discovery message without passing through a wireless router or access point, the discovery message being sent to initiate contact with the mobile communications device to open a peer-to-peer wireless communications link with the mobile communications device.<br><br>As indicated on the iDevices website, the iDevice product is Wi-Fi enabled. Wi-Fi is a wireless communications technology: https://store.idevicesinc.com/outlets/<br><br><br><br>The iDevices product contains a wireless control transceiver. The absence of a wireless control transceiver would render the iDevices product incapable of communicating via Wi-Fi. |

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**

Setup instructions on the iDevices website indicate that the wireless transceiver of the iDevices product is configured to send a discovery message by simulating a Wi-Fi access point in initiating contact with a smartphone to open a peer-to-peer wireless communications link :
https://support.idevicesinc.com/hc/en-us/articles/360000227548-Outdoor-Switch-Unexpected-Error-Occurred

### Connect iOS device to the Outdoor Switch:

1. Go to Settings > WiFi.
2. Determine the full Outdoor Switch name under "Set Up New Device," make a note of this name. Format of Outdoor Switch name is based off of the current firmware on the Outdoor Switch:
   - iDevices Outdoor Switch XXXXXX
   - Outdoor Switch XXXXXXXX

3. Once Outdoor Switch name is noted, tap "Other…"



iDevices states that the iDevice product is discoverable in the "Set Up New Device" section of available Wi-Fi Networks in a smartphone's settings, demonstrating that the iDevices microprocessor is configured to always send a discovery message by simulating a Wi-Fi access point so as to be discoverable by the smartphone in order to initiate contact and open a peer-to-peer wireless communications link.

As indicated in an iDevices-produced video, the iDevices product can communicate wirelessly peer-to-peer with a smartphone without using a hub or other hardware:
https://www.youtube.com/watch?v=1lh9cAGNOLE

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**



Discovery messages from the iDevice product do not therefore pass through a wireless router or access point.

| | |
|---|---|
| said wireless control transceiver being configured to operate by simulating a network access point in establishing a peer-to-peer link with the mobile communications device. | On information and belief, the iDevices product includes a wireless control transceiver being configured to operate by simulating a network access point in establishing a peer-to-peer link with the mobile communications device.<br><br>Setup instructions on the iDevices website prompt a user to connect to the iDevices product directly in the smartphone's Wi-Fi settings. In order to be discoverable by a smartphone as a Wi-Fi access point, the wireless control transceiver of the iDevice product is configured to simulate a network access point. A simulated network access point is used to create a peer-to-peer communications channel between devices and does not provide a connection to a local area network or the internet. The iDevices product does not provide a connection to a local area network or the internet: |

**Connect iOS device to the Outdoor Switch:**

1. Go to Settings > WiFi.
2. Determine the full Outdoor Switch name under "Set Up New Device," make a note of this name. Format of Outdoor Switch name is based off of the current firmware on the Outdoor Switch:
   - iDevices Outdoor Switch XXXXXX
   - Outdoor Switch XXXXXXXX

**Exhibit to Kortek's Complaint for Patent Infringement: Claim Chart for the '869 Patent**



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**

**Enter the full Outdoor Switch name in the "Name" field:**

1. The name is case sensitive and is based off of the Outdoor Switch name noted above; enter the name as:
   - "iDevices Outdoor Switch XXXXXX"
   - If the name was is listed as "Outdoor Switch XXXXXXXX" enter it as "Outdoor-Switch-XXXXXXXX"

2. Leave "Security" field as "None."
3. Tap "Join" on the top right-hand corner.



**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**

**iOS device will try to directly connect to Outdoor Switch:**

1. Tap info icon to the right of the Outdoor Switch name to view the network details.



**Confirm the iOS device is connected to the Outdoor Switch by the checkmark indication next to the Outdoor Switch name:**

1. Your iOS device is now directly connected to the Outdoor Switch's Wi-Fi.

**Exhibit to Kortek's Complaint for Patent Infringement:  Claim Chart for the '869 Patent**

The setup instructions state the need to "*directly connect to Outdoor Switch*". The setup instructions direct a user to enter the smartphone Wi-Fi settings to view available Wi-Fi networks that the smartphone can connect to. The instructions direct a user to connect to an "*Outdoor-Switch-00288191*" Wi-Fi network. The available  "*Outdoor-Switch-00288191*" network indicates that the iDevices product has been configured to simulate a Wi-Fi network access point. Connecting to the "*Outdoor-Switch-00288191*" network establishes a peer-to-peer link between the smartphone and the iDevices product without using an intermediary. Instructions further support this by stating "*Your IOS devices is now directly connected to the Socket's Wi-Fi*" with an image containing a connection check mark (highlighted in red).

As indicated in an iDevices-produced video, the iDevices product can communicate wirelessly peer-to-peer with a smartphone without using a hub or other hardware:
https://www.youtube.com/watch?v=1lh9cAGNOLE

